Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Central District of California 



Western Division

| | |
|---|---|
| James Buccelli | )<br>)<br>) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| Sheryl Evans | )<br>) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. **CV23-2613-MEMF(JCx)**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

**A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | James Buccelli |
| Street Address | 1210 Benedict Canyon Dr |
| City and County | , Beverly Hills |
| State and Zip Code | CA 90210 |
| Telephone Number | 4245278927 |
| E-mail Address | JamesBuccelli3915@gmail.com |

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Sheryl Evans |
| Job or Title *(if known)* | Project Management |
| Street Address | 5086 Durant Ct, |
| City and County | Oak Park, Ventura |
| State and Zip Code | CA 91377 |
| Telephone Number | (818)817-0765 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question                    [ ] Diversity of citizenship


Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 United States Code 873 - Extortion
18 United States Code 41 - Blackmail and Extortion

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

  a.      If the plaintiff is an individual
    The plaintiff,  *(name)*   James Buccellii                        , is a citizen of the
    State of *(name)*   California                  .

  b.      If the plaintiff is a corporation
    The plaintiff,  *(name)*                                , is incorporated
    under the laws of the State of *(name)*                                ,
    and has its principal place of business in the State of *(name)*
                                        .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

  a.      If the defendant is an individual
    The defendant,  *(name)*   Sheryl Evans                        , is a citizen of
    the State of *(name)*   California                  . Or is a citizen of
    *(foreign nation)*                                .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

     b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

     *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

     The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

     The amount is the sum of the money that was orginally loaned, then extored and/or blackmailed from Plaintiff. That total then added to the sum of unauthorized transactions from the Plaintiff's accounts these totals are estimated and the absolute total will be furnished upon the results of the forensic accounting that is taking place.

## III.   Statement of Claim

   Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The Defendant in this case knowing the Plaintiff over the course of 17 years used her accumulated information to then manipulate and manuever the Plaintiff into scenario's that were financially disasterous in appearance and only happened directly in front of the Plaintiff, after several bail outs, Defendant did a 180 turn and her interactions with Plaintiff became hostile and aggressive towards Plaintiff threats of causing his ruin. A relationship with a male companion, of which she has many who is also a detective in Ventura County iniated a criminal case against Plaintiff of which Defendant is the only wittness. In line with the threats both verbal and written she continues exploiting defendant now offering to not appear in the case as witness if he pays 1 MILLION

## IV.   Relief

   State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff asks the court from a complete disgourgement of the Defendant paid back to the Plaintiff using the court or a court appointed intermediary for the timely repayment of the disgorgement.

Plaintiff also seeks a permanent order preventing Defedant from contacting Plaintiff, and or attempting to involve herself in any way shape or form with the Plaintiff or his interests, properties and holdings.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            04/05/2020

Signature of Plaintiff

Printed Name of Plaintiff        James Buccelli

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address